NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAVARES E. FELTON,                          )
                                            )
      Appellant,                         )
                                            )
v.                                          )     Case No. 2D18-2937
                                            )
STATE OF FLORIDA,                           )
                                            )
      Appellee.                          )
_____)

Opinion filed May 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Bruce E. Kyle, Judge

PER CURIAM.

      Affirmed.

LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.